No. 04–7140. DE LA GARZA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–7143. PAULING v. RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7144. PEREZ v. MASSACHUSETTS. Super. Ct. Mass., Middlesex County. Certiorari denied.

No. 04–7146. SANDOVAL v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7147. DAVIS v. WERHOLTZ, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–7148. ATLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7150. MAGEE v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7151. CASTRO RUIZ v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7152. VALENTINE v. CARRIER CORP. C. A. 6th Cir. Certiorari denied.

No. 04–7156. DAVIS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–7161. DELGADO PARRENO, AKA DELGADO v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7162. MITCHELL v. TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–7165. BURRELL v. BULLARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7166. KRONCKE v. ARIZONA. Ct. App. Ariz. Certiorari denied.